## 12720. FROST v. THE STATE.

LUKE, J. The evidence fully authorized the defendant's conviction of the offense of burglary, and there appears in the record no harmful error which would authorize the granting of a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1921.

Indictment for burglary; from Chatham superior court — Judge Meldrim. June 8, 1921.

*Stella Akin, D. H. Clark,* for plaintiff in error.

*Walter C. Hartridge,* solicitor-general, contra.